UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOSEF ROTHMAN, individually, and on behalf of all others similarly situated consumers,

Plaintiffs,

-against-

SELECT PORTFOLIO SERVICING, INC.,

Defendant.

**ORDER**

24-CV-07249 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

SO ORDERED:

Dated:  White Plains, New York
        December 11, 2024

_____
PHILIP M. HALPERN
United States District Judge